UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE GOODEN ) | |
| ) | Case Number: 11-02152 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| RECEIVABLES ) | |
| PERFORMANCE ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Stephanie Gooden, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060